UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY JONES,

      Plaintiff,                    Case No. 18-cv-11542

                                   Paul D. Borman
v.                                United States District Judge

MIRAMED REVENUE GROUP,     David R. Grand
LLC,                                 United States Magistrate Judge

      Defendant.
_____/

<u>ORDER (1) ADOPTING MAGISTRATE JUDGE GRAND'S MAY 14, 2019
REPORT AND RECOMMENDATION (ECF NO. 27), and
(2) GRANTING DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 20)</u>

On May 14, 2019, Magistrate Judge David R. Grand issued a Report and Recommendation to grant Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 27, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 27), GRANTS Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 20), DISMISSES Plaintiff's federal claim WITH PREJUDICE and DISMISSES Plaintiff's remaining state law claims

1

WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 18, 2019